# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HADARI STALLWORTH,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA NDOC, *et al.*,<br>　　　　　　　　　Defendants. | Case No. 3:23-cv-00132-MMD-CSD<br><br>ORDER |

Based on mail being returned as undeliverable, it appears that Plaintiff is no longer in custody at Ely State Prison and is now in custody at High Desert State Prison. (ECF Nos. 5, 6.) However, Plaintiff has not filed an updated address with the Court. Under Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address." LR IA 3-1 further provides that failure to update contact information in compliance with the rule may result in dismissal of the action.

It is therefore ordered that Plaintiff must file his updated address with the Court within 30 days from the date of this order. Failure to do so will result in dismissal of this case without prejudice.

The Clerk of Court is directed to send to Plaintiff via the High Desert State Prison Law Library (HDSP_LawLibrary@doc.nv.gov) a one-time courtesy copy of this order, the screening order (ECF No. 3), the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint and exhibits (ECF Nos. 1-1, 1-2).

DATED THIS 26th Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE