# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HADARI STALLWORTH,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 3:23-cv-00132-MMD-CSD

**Order**

    Defendants filed their motion for summary judgment on August 29, 2024 (ECF No. 22), along with a motion to seal exhibits filed in support of that motion (ECF No. 24). On August 30, 2024, Chief District Judge Du issued an order to Plaintiff regarding the requirements for opposing a motion for summary judgment. (ECF No. 26.) These documents were served on Plaintiff at High Desert State Prison (HDSP). The documents were returned as undeliverable, with a notation that Plaintiff is no longer at HDSP. (ECF No. 27.)

    In light of the recent movement of inmates from Ely State Prison to HDSP, and from HDSP to other facilities, the court directs the Attorney General's Office to determine where Plaintiff is currently housed and serve him with: the motion for summary judgment and exhibits (ECF Nos. 22, 22-1 to 22-22), motion for leave to file exhibits under seal (ECF No. 23), and the *Klingele* order (ECF No. 26), as well as a copy of this Order and file a proof of service of those documents on Plaintiff on or before **September 30, 2024**.

///

///

1 | Plaintiff will then have until **October 23, 2024**, to file his response to Defendants'
2 | motion for summary judgment.
3 | **IT IS SO ORDERED**.
4 | Dated: September 23, 2024

_____
Craig S. Denney
United States Magistrate Judge