# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HADARI STALLWORTH,

    Plaintiff

v.

STATE OF NEVADA NDOC, et al.,

    Defendants

Case No.: 3:23-cv-00132-MMD-CSD

**Order**

Re: ECF No. 23

Before the court is Defendants' motion for leave to file exhibits under seal in support of their motion for summary judgment. (ECF No. 23.) Plaintiff did not file a response.

When the documents sought to be sealed are "more than tangentially related to the merits of a case," as they are here, the court must find compelling reasons support the sealing of the documents. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-97, 1101 (9th Cir. 2016).

This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a "compelling reason" for sealing records because the plaintiff's interest in keeping his sensitive health information confidential outweighs the public's need for direct access to the medical records. Therefore, Defendants' motion (ECF No. 23) is **GRANTED**.

**IT IS SO ORDERED**.

Dated: October 29, 2024

                                                                                                    _____

                                                                                                      Craig S. Denney
                                                                                                      United States Magistrate Judge